UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BERNARD CATLIN,
        Plaintiff,

vs.

VICTOR HILL
        Defendant.

CIVIL ACTION FILE

NO. 1: 06-cv-540-TWT

## JUDGMENT

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for a frivolity determination pursuant to 28 U.S.C. §1915A, and the court having made such determination, it is

**Ordered and Adjudged** that the action be **DISMISSED** as frivolous.

Dated at Atlanta, Georgia, this 3rd day of April, 2006.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 3, 2006
Luther D. Thomas
Clerk of Court

By: _____
     Deputy Clerk